1  BARBARA J. PARKER, City Attorney, SBN 069722
   MARIA BEE, Chief Assistant City Attorney, SBN 167716
2  KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
   HAN N. TRAN, Deputy City Attorney, SBN 184420
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone: (510) 238-2964; Fax: (510) 238-6500
   Email: htran@oaklandcityattorney.org
5  X05501/3346744

6  Attorneys for Defendant,
   CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANTE DOUGLAS, an individual, CARTIER HUNTER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; PHONG TRAN; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02820-AGT<br><br>**STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE** |

Plaintiffs Giovante Douglas and Cartier Hunter (together, "Plaintiffs"), Defendant City of Oakland ("City"), and Defendant Phong Tran (together, collectively, the "Parties") jointly stipulate to continue the May 13, 2024 settlement conference before Magistrate Judge Ryu. This is the first stipulation to continue settlement conference.

The City represents it requires additional time for discovery to prepare for the settlement conference. While there has been discovery conducted thus far with Plaintiffs' underlying criminal trial and habeas matters, the City seeks additional discovery and is awaiting additional documents, such as the District Attorney Office's trial file for Plaintiffs' underlying criminal matter, additional statements from the main witness at the trial who has since recanted and provided numerous statements and declarations, and additional statements from other witnesses. In addition, Plaintiffs' responses to the City's discovery requests are now due May 3, 2024, and the City may need to conduct additional follow up discovery prior to the settlement conference.

Plaintiffs represent they are prepared to participate in the Settlement Conference presently set for May 13, 2024 before Magistrate Judge Donna M. Ryu. However, if the City is not prepared to move forward with the settlement conference, as it has represented, then Plaintiffs see no good reason to participate in a settlement conference that cannot be productive. Such a settlement conference would be poor use party and judicial resources. Because of this, Plaintiffs are agreeable to stipulating to continuing the settlement conference completion date and the settlement conference.

Based on the foregoing, the Parties stipulate to continue the May 13, 2024 settlement conference.

It is so stipulated.

//

//

| | |
|---|---|
| Dated: April 19, 2024. | **POINTER & BUELNA, LLP** |
| | By: */s/ Lateef H. Gray* |
| | Adante D. Pointer |
| | Patrick M. Buelna |
| | Lateef H. Gray |
| | Counsel for Plaintiffs, |
| | GIOVANTE DOUGLAS and |
| | CARTIER HUNTER |
| Dated: April 19, 2024. | **THE SLATER LAW FIRM, APC** |
| | By: */s/ Michael A. Slater* |
| | Michael A. Slater |
| | Counsel for Plaintiffs, |
| | GIOVANTE DOUGLAS and |
| | CARTIER HUNTER |
| Dated: April 19, 2024. | **BARBARA J. PARKER, CITY ATTORNEY** |
| | By: */s/ Han N. Tran* |
| | Han N. Tran, Deputy City Attorney |
| | Counsel for Defendant, |
| | CITY OF OAKLAND |
| Dated: April 19, 2024. | **KAUFMAN, DOLOWICH, VOLUCK** |
| | By: */s/ Aimee Hamoy* |
| | Aimee Hamoy |
| | Counsel for Defendant, |
| | PHONG TRAN |

**ATTESTATION OF CONCURENCE IN FILING**

In accordance with Northern District Civil Local Rule 5-1(h)(3), I, Han N. Tran, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

Dated: April 19, 2024   By: */s/ Han N. Tran*
Han N. Tran

**ORDER (AS MODIFIED)**

Based on the facts presented in the Parties' joint stipulation, the Court grants the Parties' stipulation to continue the May 13, 2024 settlement conference. The settlement conference in-person set for May 13, 2024 at 1:00 p.m. is vacated. Chief Magistrate Judge Donna M. Ryu will convene a pre-settlement conference call on **May 13, 2024 at 9:30 a.m.** to discuss rescheduling of the settlement conference. Judge Ryu anticipates that the phone call will last approximately 20-30 minutes. Lead Counsel for all parties shall participate. Counsel will receive the call-in information via e-mail from Judge Ryu's Courtroom Deputy.

IT IS SO ORDERED AS MODIFIED.

DATED: April 23, 2024

_____
HON. DONNA M. RYU
Chief Magistrate Judge