Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIOVANTE DOUGLAS, an individual; CARTIER HUNTER, an individual;

Plaintiffs,

v.

CITY OF OAKLAND, a municipal corporation; PHONG TRAN, in his individual capacity as a law enforcement officer for the CITY OF OAKLAND POLICE DEPARTMENT; and DOES 1-50, inclusive.

Defendants.

Case No. 23-cv-02820-AGT

**STIPULATION AND ORDER TO STAY LITIGATION**

ORBACH HUFF & HENDERSON LLP

**STIPULATION**

Plaintiffs Giovante Douglas and Cartier Hunter (collectively, "Plaintiffs") and Defendant City of Oakland ("Oakland") and Defendant Phong Tran ("Det. Tran") (collectively, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record in the above-captioned matter, and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, Plaintiffs claim to have been wrongfully arrested and convicted for the 2011 murder of Charles Butler, Jr. ("Butler");

WHEREAS, the convictions were set aside when witness Ms. Aisha Weber ("Weber") recanted her identification of Plaintiffs as the murderers, claiming that her testimony was fabricated or coerced;

WHEREAS, Plaintiffs filed this action on or about June 8, 2023, alleging fives causes of action, including fabrication of evidence, malicious prosecution, conspiracy, and failure to disclose against Det. Tran, and a claim pursuant to *Monell* against the City of Oakland;

WHEREAS, on or about April 24, 2023, criminal charges were filed against Det. Tran by the Alameda County District Attorney, with the criminal prosecution currently proceeding in the Alameda County Superior Court as Case No. 23-CR-003838;

WHEREAS, Plaintiffs has previously requested the deposition of Det. Tran, with Det. Tran asserting his Fifth Amendment Rights in response thereto;

WHEREAS, the criminal case and the civil matter focus on the same legal issues and factual allegations such that the outcome of the pending criminal prosecution of Det. Tran could impact this civil proceeding, including potentially deciding certain legal issues thereby requiring the criminal proceedings to be resolved prior to the civil trial proceeding; and

WHEREAS, given Det. Tran's involvement as the lead detective in the criminal investigation against Plaintiffs and his alleged actions toward Weber, the parties assert that Det. Tran's testimony and participation in this litigation is necessary.

///

///

///

ORBACH HUFF & HENDERSON LLP

THEREFORE, the Parties stipulate and request the Court Order as follows:

1. This civil action be stayed pending the resolution of the criminal proceedings against Det. Tran in Alameda Superior Court Case No. 23-CR-003838;

2. The Parties shall file a joint report on the status of the criminal case against Det. Tran commencing on May 2, 2025, and continuing every ninety (90) days thereafter, and within ten (10) days of the criminal case being resolved; and

3. Despite this matter being formally stayed, written discovery as between Plaintiffs and the City ONLY may proceed.

**IT IS SO STIPULATED.**

Dated: March 14, 2025

**POINTER & BUELNA, LLP**

By: */s/ Patrick M. Buelna*

Adante D. Pointer
Patrick M. Buelna
Lateef H. Gray
Attorneys for Plaintiffs
GIOVANTE DOUGLAS and
CARTIER HUNTER

Dated: March 14, 2025

**ORBACH, HUFF & HENDERSON**

By: */s/ Kevin Gilbert*

Kevin E. Gilbert
Attorney for Defendant
CITY OF OAKLAND

Dated: March 14, 2025

**NEWDORF LEGAL**

By: */s/ David B. Newdorf*

David B. Newdorf
Attorney for Defendant
PHONG TRAN

ORBACH HUFF & HENDERSON LLP

**ORDER**

Having reviewed and considered the above Stipulation of the Parties, and based on the representations therein and for good cause shown, it is hereby ORDERED that:

1. This civil action be stayed pending the resolution of the criminal proceedings against Det. Tran in Alameda Superior Court Case No. 23-CR-003838;
2. The Parties shall file a joint report on the status of the criminal case against Det. Tran commencing on May 2, 2025, and continuing every ninety (90) days thereafter, and within ten (10) days of the criminal case being resolved;
3. Despite this matter being formally stayed, written discovery as between Plaintiffs and the City ONLY may proceed; and
4. Any modification to this order requires Court approval.

**IT IS SO ORDERED.**

Dated: March 14, 2025

Honorable Alex G. Tse
United States Magistrate Judge