Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIOVANTE DOUGLAS, an individual; CARTIER HUNTER, an individual;

Plaintiffs,

v.

CITY OF OAKLAND, a municipal corporation; PHONG TRAN, in his individual capacity as a law enforcement officer for the CITY OF OAKLAND POLICE DEPARTMENT; and DOES 1-50, inclusive.

Defendants.

Case No. 23-cv-02820-AGT

**JOINT REPORT ON STATUS OF CRIMINAL CASE**

ORBACH HUFF & HENDERSON LLP

Pursuant to the Stipulation and Order to Stay Litigation (Dkt. 74), the parties submit the following joint report regarding the status of the criminal proceedings against Detective Phong Tran, as follows:

Detective Tran's criminal trial has been continued, with the next hearing being a motion scheduled for June 5, 2026.

Dated: April 23, 2026

**POINTER & BUELNA, LLP**

By: */s/ Lateef H. Gray*

Adante D. Pointer
Patrick M. Buelna
Lateef H. Gray
Attorneys for Plaintiffs
GIOVANTE DOUGLAS and
CARTIER HUNTER

Dated: April 23, 2026

**ORBACH, HUFF & HENDERSON**

By: */s/ Kevin E. Gilbert*

Kevin E. Gilbert
Attorney for Defendant
CITY OF OAKLAND

Dated: April 23, 2026

**NEWDORF LEGAL**

By: */s/ David B. Newdorf*

David B. Newdorf
Attorney for Defendant
PHONG TRAN